UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

TONDA MARIE HERRING DEUBLER,
individually and as independent executrix of
the C.H. Herring, Jr. Estate,

    Plaintiff,

v.

JUNE C. HERRING, et al.,

    Defendants.

No. 1:23-CV-119-H

## FINAL JUDGMENT

For the reasons stated in the Court's Order granting Defendants MetLife Services and Solutions, LLC, and Metropolitan Life Insurance Company's motion to dismiss and dismissing Defendants June C. Herring and the Bank of New York Mellon under Federal Rule of Civil Procedure 4(m) (Dkt. No. 10), it is hereby ORDERED, ADJUDGED, and DECREED that:

The plaintiff's claims against Defendants MetLife Services and Solutions, LLC, and Metropolitan Life Insurance Company are dismissed with prejudice; and

The plaintiff's claims against June C. Herring and the Bank of New York Mellon are dismissed without prejudice.

The Clerk of Court is directed to close the case.

So ordered on October 6, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE